IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MODE TRANSPORTATION LLC,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:13-CV-4890-M-BK |
| | § | |
| DALE PRAX,<br>　　Defendant. | §<br>§<br>§ | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  The Defendant's Motion for Summary Judgment is **DENIED WITHOUT PREJUDICE**.

　　**SO ORDERED** this 3rd day of September, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS